Opinion issued April 18, 2019



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-01055-CV

————————————

**JOYCE CHENIER, Appellant**

**V.**

**REVERSE MORTGAGE SOLUTIONS INC., Appellee**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Case No. 2018-51559**

---

## MEMORANDUM OPINION

Appellant has neither established indigence, nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault). After being notified that

this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.